**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:**<br><br>Gary Rodgers<br>Case No. 1:16-cv-01786<br><br>v.<br><br>AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants, AbbVie Inc.; Abbott Laboratories; AbbVie Products, LLC; Unimed Pharmaceuticals, LLC; Besins Healthcare Inc.; Besins Healthcare, S.A.; Auxilium Pharmaceuticals, LLC (f/k/a Auxilium Pharmaceuticals, Inc.); GlaxoSmithKline LLC; Actavis, Inc.; Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; and Anda, Inc. pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), said parties to bear their own costs. Further, as a condition of said dismissals, it is understood and agreed that, should Plaintiff or a representative of Plaintiff attempt to re-file or assert any of the same or similar claims against the Defendants being dismissed by this stipulation (or any individual or entity related to Defendant(s)) in another action, they shall: (a) do so only by filing said claims in federal court, (b) not name any defendant(s) who would destroy the federal court's diversity jurisdiction, and (c) not oppose transfer to this MDL No. 2545.

| | |
|---|---|
| */s/ Kenneth M. Rothweiler* <br> Kenneth M. Rothweiler <br> EISENBERG ROTHWEILER WINKLER <br> EISENBERG & JECK <br> 1634 Spruce Street <br> Philadelphia, PA 19103 <br> Phone: (215) 546-6636 <br> Email: ken@erlegal.com <br> *Counsel for Plaintiff* | /s/ K.C. Green <br> K.C. Green <br> ULMER & BERNE LLP <br> 600 Vine Street, Suite 2800 <br> Cincinnati, OH 45202 <br> Phone: (513) 698-5000 <br> Email: kcgreen@ulmer.com <br> *Counsel for Actavis Pharma, Inc.; Actavis Laboratories UT, Inc.; Actavis, Inc.; and Anda, Inc.* |
| s/ Christopher Boisvert <br> Christopher Boisvert <br> DECHERT LLP <br> Cira Centre <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> Phone: (215) 994-2312 <br> Email: chip.boisvert@dechert.com <br> *Counsel for AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, Inc.; and Besins Healthcare Inc.* | */s/Andrew K. Solow* <br> Andrew K. Solow <br> Kaye Scholer LLP <br> 250 West 55th Street <br> New York, NY 10022 <br> (212) 836-7740 <br> Email: Andrew.Solow@kayescholer.com <br> *Counsel for Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, LLC (f/k/a Auxilium Pharmaceuticals, Inc.); and GlaxoSmithKline LLC* |
| */s/ Matthew A. Holian* <br> Matthew A. Holian <br> DLA Piper LLP <br> 33 Arch Street, 26th Floor <br> Boston, MA 02110-1447 <br> Phone: (617) 406-6009 <br> Email: matt.holian@dlapiper.com <br> *Counsel for Pfizer Inc. & Pharmacia & Upjohn Company LLC* | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *K. C. Green*